UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RODRIGUEZ,<br><br>       Plaintiff,<br>v.<br><br>BIMBO BAKERIES, USA, INC., et al.,<br><br>       Defendants. | Civil No.05cv929-BEN(NLS)<br><br>**ORDER FOLLOWING SHOW CAUSE HEARING RE: SANCTIONS**<br><br>[Doc. No. 26] |

On March 1, 2007, the Court held an Order to Show Cause Hearing to consider whether sanctions should be imposed against Plaintiff for failing to appear as ordered at the in-person Settlement Disposition Conference ("SDC") scheduled for February 9, 2007. Based on the declarations of defense counsel and Defendant's client representative submitted to the Court [Doc. Nos. 27-28], and for oral reasons assigned at the March 1, 2007 hearing, the Court finds that monetary sanctions in the amount of **$202.50** must be imposed against Plaintiff Ramiro Rodriguez, pursuant to Federal Rule of Civil Procedure 16, for violating this Court's Order [Doc. No. 24 ] filed January 19, 2007 and failing to appear, at the February 9, 2007, in-person SDC.

### DISCUSSION

An in-person SDC was scheduled for February 9, 2007, at 10:00 a.m. in the above-captioned matter. Defense counsel and Defendant's client representative, Salvador Gutierrez, as well as Plaintiff's counsel, appeared for the conference. In violation of the Court's Order filed January 19, 2007 [Doc. No. 24], Plaintiff failed to appear. As a result, the SDC was not held, and the Court issued an Order Setting

1 Show Cause Hearing [Doc. No. 26] ordering Plaintiff to appear in person before the Court on March 1,
2 2007 at 10:00 a.m. and show cause why sanctions should not be imposed against him for failing to
3 comply with the Court's Order filed January 19, 2007. The Court also requested that defense counsel
4 submit a declaration outlining any costs and fees incurred to attend the SDC, and requested a declaration
5 from Plaintiff explaining any justification for the failure to appear at the SDC.  (*Court's February 9,*
6 *2007, Order*, [Doc. No. 26, 1-2]).

7     Defense counsel, Mark Philips, and Defendant's client representative, Salvador Gutierrez,
8 submitted declarations to the Court stating that they incurred a total of $202.50 in fees and expenses
9 related to their attendance at the SDC.  (*Declaration of Mark Philips*, 2 [Doc. No. 27]; *Declaration of*
10 *Salvador Gutierrez,* 2 [Doc. No. 28] ).  Plaintiff failed to submitted a declaration to the Court outlining
11 any justification for failing to comply with the Court's Order filed January 19, 2007.

12     Courts may impose monetary sanctions against a party who does not comply with an order
13 scheduling a pre-trial settlement conference.  Federal Rule of Civil Procedure 16(f) states that "if a
14 party or party's attorney fails to participate [in a pre-trial conference], the judge, upon motion or the
15 judge's own initiative, may make such orders with regard thereto as are just, . . . . In lieu of or in
16 addition to any other sanction, the judge shall require the party or the attorney representing the party or
17 both to pay the reasonable expenses incurred because of any noncompliance with this rule, including
18 attorney's fees. . . " Fed.R.Civ.P 16(f); s*ee, e.g.*, *Lucas Automotive Engineering, Inc. v.*
19 *Bridgestone/Firestone, Inc.,* 275 F.3d 762 (9th Cir. 2001).

20     Based on the declarations submitted by defense counsel and Defendant's client representative
21 prior to the March 1, 2007 hearing, the Court finds that an award of monetary sanctions in the amount of
22 $202.50 against Plaintiff Ramiro Rodriguez, is appropriate.  Ramiro Rodriguez's absence from the SDC
23 thwarted any effort by the Court to facilitate a finalized settlement of this matter.  Furthermore, Ramiro
24 Rodriguez failed to appear at the Show Cause Hearing, further thwarting any attempts at finalizing
25 settlement.
26 ///
27 ///
28 ///

## CONCLUSION

Based on the foregoing, the Court finds that pursuant to Federal Rule of Civil Procedure 16(f) monetary sanctions in the amount of **$202.50** must be imposed against Plaintiff Ramiro Rodriguez, for violating the Court's January 19, 2007 Order, and failing to appear at the SDC scheduled on February 9, 2007, as well as failing to appear at the Show Cause Hearing on March 1, 2007.  This amount represents the total fees and costs incurred by Defendants in relation to their counsel's preparation and appearance at the SDC, as well as their own expenses to actually attend the SDC.

Accordingly, **IT IS HEREBY ORDERED THAT** Ramiro Rodriguez, shall pay monetary sanctions in the amount of **$202.50**, to be delivered directly to defense counsel Mark Philips ***no later than March 15, 2007***.

Furthermore, a *telephonic* Status Conference is hereby scheduled for ***March 22, 2007 at 9:00 a.m.***  Plaintiff's counsel shall initiate the conference call.  Defendants must bring any related motions on or before ***March 22, 2007.***  If no motions are brought, or the appropriate settlement papers are not filed, the Court will reset trial dates in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: March 2, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge