E. JOSEPH CONNAUGHTON (SBN 166765)
BRENDA S. KASPER (SBN 244165)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

FILED

2007 APR 11  PH 12: 29

CLERK US DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ RN _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RODRIGUEZ, | CASE NO. 05CV0929 BEN (NLS) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE DUE TO SETTLEMENT** |
| v. | |
| BIMBO BAKERIES USA, INC., and DOES 1 through 10, Inclusive, | (Fed. R. Civ. P. 41(a)(1)) |
| Defendants. | |

1    Pursuant to a settlement agreement, the Court received the parties' joint stipulation for

2    dismissal with prejudice of all defendants.  Accordingly, the Court orders as follows:

3    All defendants are dismissed with prejudice from this action.

4

5    **IT IS SO ORDERED:**

6

7    Dated: _4/11/07_

8    HONORABLE ROGER T. BENITEZ
     United States District Court Judge